NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**AFFINITY LABS OF TEXAS, LLC,**
*Plaintiff-Appellee,*

v.

**VOLKSWAGEN GROUP OF AMERICA, INC.,**
*Defendant-Appellant.*

---

2011-1365

---

Appeal from the United States District Court for the Eastern District of Texas in case no. 08-CV-0164, Judge Ron Clark.

---

## ON MOTION

---

## ORDER

Upon consideration of the court granting the motion to dismiss 2011-1350, -1386 on January 10, 2012,

IT IS ORDERED THAT:

The response brief of Affinity Labs of Texas, LLC in 2011-1365 is due within 40 days of the date of filing of this order.

FOR THE COURT

__JAN 1 0 2012__          /s/ Jan Horbaly
Date                   Jan Horbaly
                         Clerk

cc:  Louis Norwood Jameson, Esq.
     Michael J. Lennon, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

JAN 1 0 2012

**JAN HORBALY**
**CLERK**